United States District Court
Southern District of Texas
**ENTERED**
April 03, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

In re: Sealed Seizure Warrant

No. 4:23-mj-00418

**ORDER GRANTING UNOPPOSED MOTION TO UNSEAL**

The Court, having considered this Unopposed Motion to Unseal, hereby grants this motion. The Clerk is hereby ORDERED to unseal document ECF - 1 in this proceeding.

SIGNED this the 3rd day of April, 2023.

_____
UNITED STATES MAGISTRATE JUDGE

4